# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Johnny Lee Senn III<br>Date Of Birth, September 11, 2000 | ) ) ) ) ) ) ) Case No. 1:23  MJ 452 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Middle____ District of ____North Carolina____
*(identify the person or describe the property to be searched and give its location):*
The person of Johnny Lee Senn III date of birth September 11, 2000, more particularly described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
DNA in the form of saliva swabs more particularly described in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _November 8, 2023_ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Joi Elizabeth Peake, United States Magistrate Judge____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _10/25/2023 4:34 pm_   _____[signature]_____
                                             *Judge's signature*

City and state: Winston Salem, North Carolina    Joi Elizabeth Peake, United States Magistrate Judge
                                                 *Printed name and title*

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:23 MJ 452 | 10/25/23  5:36 pm | Johnny Senn III |

Inventory made in the presence of: Johnny Senn III

Inventory of the property taken and name(s) of any person(s) seized:

Buccal Cheek Swab — DNA

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/25/23

*Executing officer's signature*

Eli VanKuren
Task Force Officer ATF

*Printed name and title*

Attachment A

Description of Person to be Searched

Johnny Lee SENN III, a black male, Date of Birth: 09/11/2000, North Carolina ID: 47307950, FBI ID: R7CXHT5KK. Photographed below:



5

## ATTACHMENT B

### Particular Things to be Seized

Evidence of the offense under investigation, 18 U.S.C. § 922(o), in the form of: Buccal DNA swabs saliva specimen collected from Johnny Lee SENN III. These DNA swabs will be used to compare Johnny Lee Senn III's DNA to any DNA recovered from the firearm and ammunition seized on August 29, 2023.